```
Court Name: Southern District of Georgia
Division: 2
Receipt Number: BWK005971
Cashier ID: robinson
Transaction Date: 06/30/2015
Payer Name: GA Dept of Law
----------------------------------
CIVIL FILING FEE
 For: GA Dept of Law
 Amount:        $400.00
----------------------------------
CREDIT CARD
 Amt Tendered: $400.00
----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

Case number: CV215-79
```