AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

State of Georgia ex. rel. Samuel S. Olens, et al.

V.

Regina A. McCarthy, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV215-79

TO: (Name and address of Defendant)

    Administrator Regina McCarthy
    U.S. Environmental Protection Agency
    Ariel Rios Bldg
    1200 Pennsylvania Ave., NW
    Washington, D.C. 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Britt Grant

State of Georgia

Office of the Attorney General

40 Capitol Square, SW

Atlanta, GA 30334

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

s/Candy Asbell

(By) DEPUTY CLERK



6/30/2015

DATE

AS Rev 1/31/02

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/9/15 (Mailed); 7/16/15 (delivery per USPS.com on-line tracking) |
| NAME OF SERVER (PRINT) James D. Coots | TITLE Sr. Asst. Attorney Gen., State of Georgia |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Pursuant to Fed. R. Civ. P. 4(i), served via certified mail, return receipt requested
Receipt No. 2012 3050 0001 2736 5846
(signed + dated green card attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 31 2015
　　　　　　　Date

Signature of Server: James Coots, Sr. Asst. Atty. Gen.

Address of Server: 40 Capitol Square, SW Atlanta, GA 30334

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **Administrator Regina McCarthy**
    **U.S. Environmental Protection Agency**
    **Ariel Rios Bldg.**
    **1200 Pennsylvania Ave., NW**
    **Washington, D.C. 20460**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  JUN 16 2015

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 3050 0001 2736 5846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540