﹪AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

State of Georgia ex. rel. Samuel S. Olens, et al.

V.

Regina A. McCarthy, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   CV215-79

TO: (Name and address of Defendant)

    Civil Process Clerk
    United States Attorney's Office, Southern District of Georgia
    22 Barnard Street, Suite 300
    Savannah, Georgia 31401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Britt Grant

Office of the Attorney General

State of Georgia

40 Capitol Square, SW

Atlanta, GA 30334

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

s/Candy Asbell

(By) DEPUTY CLERK

6/30/2015

DATE

AS Rev 1/31/02

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/9/15 (Mailed); 7/13/15 (delivery per USPS.com on-Line Tracking) |
| NAME OF SERVER (PRINT) James D. Coots | TITLE Sr. Asst. Atty. Gen., State of Georgia |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to Fed. R. Civ. P. 4(i), served via certified mail, return receipt requested Receipt No. 7012 3050 0001 2736 5877 (signed green card (undated) attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 31, 2015     [signature] Coots, Sr. Asst. Atty. Gen.
             Date               Signature of Server

40 Capitol Square, SW Atlanta, GA 30334
Address of server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   United States Attorney's Office
   Southern District of Georgia
   22 Barnard Street, Suite 300
   Savannah, Georgia 31401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Crystal Stewart
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0001 2736 5877

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540