◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

State of Georgia ex. rel. Samuel S. Olens, et al.

V.

Regina A. McCarthy, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV215-79

TO: (Name and address of Defendant)

    Attorney General Loretta E. Lynch
    U.S. Department of Justice
    950 Pennsylvania Ave. NW
    Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Britt Grant

Office of the Attorney General

State of Georgia

40 Capitol Square, SW

Atlanta, GA 30334

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

s/Candy Asbell

(By) DEPUTY CLERK

6/30/2015

DATE

AS Rev 1/31/02

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/9/15 (Mailed); 7/17/15 (delivery per USPS.Com M-line tracking) |
| NAME OF SERVER (PRINT) James D. Coots | TITLE Sr. Asst. Atty. Gen., State of Georgia |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to Fed. R. Civ. P. 4(i), served via certified mail, return receipt requested Receip No. 7012 3050 0001 2736 5853 (signed + dated green card attached)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 31, 2015                    James Coots, Sr. Asst. Atty. Gen.
                    Date                    Signature of Server

40 Capitol Square, SW Atlanta, GA 30334
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Attorney General Loretta E. Lynch**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, D.C. 20530-0001** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>JUL 17 2015<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 3050 0001 2736 5853 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |