# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

STATE OF GEORGIA,   et al )
                               )   CV 215-79

v.                                  )

SCOTT PRUITT, et al             )

### ORDER

A stay was entered in this case pending ultimate determination of jurisdictional issues. These issues have been resolved, and this Court has jurisdiction to hear the dispute. The Defendants have requested a stay of one year, possibly more. That motion is DENIED. Instead, the Court will continue the stay for 30 days.

So ORDERED, this _____ day of March, 2018.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA