# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

|  |  |  |
|---|---|---|
| STATE OF GEORGIA, et al., | ) ) ) ) | 2:15-cv-79 |
| v. | ) ) ) |  |
| ANDREW WHEELER, et al., | ) ) ) |  |

## ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellants NATIONAL WILDLIFE FEDERATION and ONE HUNDRED MILES' appeal;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U.S. Court of Appeals, is made the order of this Court.

SO ORDERED this 19 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA