OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
POST OFFICE BOX 1636
BRUNSWICK, GEORGIA 31521

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

JACKSONVILLE
FL 320
31 AUG '18
PM 2 L

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 OCT 12  AM 10: 36

CLERK _____
SO. DIST. OF GA.

neopost
08/31/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL



ZIP 31520
041L11254093

NIXIE        207    DC 1          0010/05/18
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 31521163636        *2792-01619-05-35

2:15-cv-79

Stephen Samuels
U.S. Dept. of Justice
Environment & Natural Resources Division
Ben Franklin Station
601 D Street NW
P.O. Box 7611
Washington , DC 20044-7611

***** YOU COULD HAVE RECEIVED THIS DOCUMENT BY EMAIL *****
Register now and get all your pleadings and orders delivered to your desktop

# United States District Court
## Southern District of Georgia
### Brunswick Division

STATE OF GEORGIA, et al.,  )
)
vs.  )  CASE NUMBER : CV 2:15-79
ANDREW WHEELER, et al.,  )
)

## N O T I C E

You are hereby notified that a motion for summary judgment was filed by : __Intervenor Plaintiff__ __American Farm Bureau Federation__ on __8/31/18__ . The motion will be submitted for decision by the Court pursuant to the local rules. Unless you file for and are granted an extension of time to respond, all pleadings, affidavits, and other evidence in opposition to this motion for summary judgment MUST be filed with the Clerk's office ON OR BEFORE __09/21/18__ (21 days).

You need to know that :

1. If you do not timely respond to this motion for summary judgment, the consequence may be that the Court will deem the motion unopposed, and the Court may enter judgment against you.
2. If your opponent's Statement of Material Facts sets forth facts supported by evidence, the Court may assume that you admit all such facts unless you oppose those facts with your own Statement of Material Facts which also sets forth facts supported by evidence. Also, your opponent may use its Statement of Material Facts to show that there is insufficient evidence to support your claims or defenses.
3. If a summary judgment motion is properly supported, you may not rest on the allegations in your pleadings alone. To oppose a properly supported motion for summary judgment, you will probably need to rebut it with admissible evidence.
4. You have a right to file affidavits or other material in opposition to the motion for summary judgment.
5. Federal Rule of Civil Procedure 56 governs summary judgment motions. You should consult this rule as well as the Local Rules for the Southern District of Georgia, especially Local Rule 56.1.
6. **Pursuant to Rules 5 & 6 of the Federal Rules of Civil Procedure, a response is due within 21 days of service.**

IF YOU DO NOT RESPOND AS DIRECTED IN THIS NOTICE, THE COURT MAY ENTER A FINAL JUDGMENT AGAINST YOU WITHOUT A FULL TRIAL OR ANY OTHER PROCEEDINGS.

I certify that this __31st__ day of __August__ , __2018__ , a correct copy of this notice was sent electronically through CM/ECF to all parties in this case in accordance with this Court's Administrative Procedures. I further certify that any party not authorized to receive notification of electronic filing has been sent a correct copy of this notice via US Mail.

SCOTT L. POFF, CLERK

BY : __s/Candy Asbell__
DEPUTY CLERK