RK
OURT
ORGIA
1520

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 NOV -5 AM 10:19

CLERK
SO. DIST. OF GA.



neopost
09/04/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 31520
041L11254093

7922312

-R-T-S-   200444320-1N   10/27/18

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

2:15-cv-79

Stephen Samuels
U.S. Dept. of Justice
Environment & Natural Resources Division
Ben Franklin Station
601 D Street NW
P.O. Box 7611
Washington, DC 20044-7611

***** YOU COULD HAVE RECEIVED THIS DOCUMENT BY EMAIL *****
Register now and get all your pleadings and orders delivered to your desktop

# In the United States District Court for the Southern District of Georgia Brunswick Division

STATE OF GEORGIA, et al.,

Plaintiffs,

v.

ANDREW WHEELER, et al.,

Defendants.

CV 215-79

### ORDER

This matter comes before the Court on the Motion of Plaintiff the State of Georgia to withdraw Attorney Sarah Hawkins Warren as its counsel of record. Dkt. No. 196. Andrew A. Pinson will continue to serve as counsel for the State of Georgia in this matter. The Court, having considered the Motion, hereby **GRANTS** it. The Clerk is **DIRECTED** to remove Ms. Warren as counsel from the docket.

**SO ORDERED**, this 4 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)