# In the United States District Court for the Southern District of Georgia Brunswick Division

```
STATE OF GEORGIA, et. al.,

     Plaintiffs,                      No. 2:15-cv-79

v.

ANDREW WHEELER, et. al.,

     Defendants.
```

### ORDER

Plaintiffs State Of Georgia, State of Alabama, State of Florida, State of Indiana, State of Kansas, State of South Carolina, State of Utah, State of West Virginia, State of Wisconsin, Commonwealth of Kentucky, and North Carolina Department of Environment and Natural Resources ("State Plaintiffs") and Plaintiffs American Farm Bureau Federation, American Forest & Paper Association, American Petroleum Institute, American Road and Transportation Builders Association, Georgia Association of Manufacturers, Georgia Farm Bureau Federation, Leading Builders of America, National Alliance of Forest Owners, National Association of Home Builders, National Association of Manufacturers, National Cattlemen's Beef Association, National Corn Growers Association,


National Mining Association, National Pork Producers Council, National Stone, Sand, and Gravel Association, Public Lands Council, U.S. Poultry & Egg Association ("Intervenor Plaintiffs") are hereby ordered to respond to Defendants National Wildlife Federation and One Hundred Miles's ("Intervenor Defendants") Statement of Material Undisputed Facts in Support of Cross-Motion for Summary Judgment, Dkt. No. 211-1, by Monday, December 10, 2018.

**SO ORDERED**, this 4th day of December 2018.

_____
HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA