# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-CV-79 |
| | ) | |
| ANDREW WHEELER, in his official | ) | |
| capacity as Acting Administrator, | ) | |
| U.S. Environmental Protection | ) | |
| Agency, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the Southern District of Georgia and the undersigned Assistant United States Attorney, hereby gives notice that the undersigned counsel represents the Federal Defendants in this matter.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY


*/s/ O. Woelke Leithart*
O. Woelke Leithart
Assistant United States Attorney
Idaho Bar No. 9257

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on December 11, 2018, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*/s/ O. Woelke Leithart*
O. Woelke Leithart
Assistant United States Attorney
Idaho Bar No. 9257