IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| State of Georgia, *et al.*,<br>   *Plaintiffs,*<br>v.<br><br>Andrew Wheeler, *et al.*,<br>   *Defendants.* | Case No. 2:15-cv-79-LGW-RSB |

**PLAINTIFF STATES' NOTICE OF PROPOSED RULE**

  The Plaintiff States notify the Court that on Tuesday, December 11, 2018, the U.S. Environmental Protection Agency and the Department of the Army (together, the Agencies) proposed a revised definition of "waters of the United States." The Agencies issued a prepublication version of the proposed rule (attached, and available at https://www.epa.gov/sites/production/files/2018-12/documents/wotus_2040-af75_nprm_frn_2018-12-11_prepublication2_1.pdf). This proposed rule does not appear to modify the Agencies' July 27, 2017 proposal to repeal the 2015 WOTUS Rule, a proposal that apparently remains under consideration. *See* Definition of "Waters of the United States"— Recodification of Preexisting Rule, 83 Fed. Reg. 32,227 (July 12, 2018). In addition, two courts have now vacated the Applicability Rule,[1] which would have delayed the enforcement of the 2015 WOTUS Rule until 2020. *See S.C. Coastal Conservation League v. Pruitt*, 318 F. Supp. 3d 959, 968-70 (D.S.C. 2018); *Puget Soundkeeper All. v. Wheeler*, 2018 WL 6169196, at *6-7 (W.D. Wash. Nov. 26, 2018). The 2015 WOTUS Rule challenged in this case thus remains in effect, subject to this Court's preliminary injunction against enforcement of that rule in the Plaintiff States. *See* Order Granting Prelim. Inj., ECF No. 174.

---

[1] Definition of "Waters of the United States" — Addition of an Applicability Date to 2015 Clean Water Rule, 83 Fed. Reg. 5,200 (Feb. 6, 2018).

Respectfully submitted.

/s/ *Andrew A. Pinson*
Christopher M. Carr
 *Attorney General*
Andrew A. Pinson
 *Solicitor General*
  *Lead Counsel*
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
apinson@law.ga.gov
(404) 651-9453

*Counsel for Plaintiff State of Georgia*

Patrick Morrisey
 *Attorney General*
Lindsay S. See
 *Solicitor General*
Office of the Attorney General
State Capitol , Building 1, Rm 26-E
Charleston, West Virginia 25305
lindsay.s.see@wvago.gov
(304) 558-2021

*Counsel for Plaintiff State of West Virginia*
(admitted *pro hac vice*)

Steve Marshall
 *Attorney General*
Andrew Brasher
 *Solicitor General*
Office of the Attorney General
501 Washington Ave.
Montgomery, Alabama 36130
abrasher@ago.state.al.us
(334) 353-2609

*Counsel for Plaintiff State of Alabama*
(admitted *pro hac vice*)

Pamela Jo Bondi
 *Attorney General*
Jonathan Glogau
 *Attorney for the State of Florida*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
jon.glogau@myfloridalegal.com
(850) 414-3300

*Counsel for Plaintiff State of Florida*
(admitted *pro hac vice*)

Curtis T. Hill, Jr.
 *Attorney General*
Thomas M. Fisher
 *Solicitor General*
Office of the Attorney General
302 West Washington Street
Indiana Government Center - South, 5th Fl.
Indianapolis, Indiana 46204
tom.fisher@atg.in.gov
 (317) 232-6255

*Counsel for Plaintiff State of Indiana*
(admitted *pro hac vice*)

Derek Schmidt
 *Attorney General*
Jeffrey A. Chanay
 *Chief Deputy Attorney General*
Office of the Attorney General
120 SW 10th Ave., 3d Floor
Topeka, Kansas 66612
jeff.chanay@ag.ks.gov
 (785) 368-8435

*Counsel for Plaintiff State of Kansas*
(admitted *pro hac vice*)

2

Joshua H. Stein
  *Attorney General*
Asher P. Spiller
  *Assistant Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
aspiller@ncdoj.gov
(919) 716-6977

*Counsel for Plaintiff N.C. Department of Environmental Quality*
(admitted *pro hac vice*)

Andy Beshear
  *Attorney General*
Sam Flynn
  *Assistant Attorney General*
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601
samuel.flynn@ag.ky.gov
(502) 696-5650

*Counsel for Plaintiff State of Kentucky*
(admitted *pro hac vice*)

Sean D. Reyes
  *Attorney General*
Tyler Green
  *Solicitor General*
Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, Utah 84114-2320
tylergreen@agutah.gov
(801) 538-9600

*Counsel for Plaintiff State of Utah*
(admitted *pro hac vice*)

Alan Wilson
  *Attorney General*
Robert D. Cook
  *Solicitor General*
James Emory Smith, Jr.
  *Deputy Solicitor General*
Office of the Attorney General
1000 Assembly Street, Room 519
Columbia, South Carolina 29201
esmith@scag.gov
(803) 734-3680

*Counsel for Plaintiff State of South Carolina*
(admitted *pro hac vice*)

Brad D. Schimel
  *Attorney General*
Misha Tseytlin
  *Solicitor General*
Wisconsin Department of Justice
17 West Main Street
Madison, Wisconsin 53703
tseytlinm@doj.state.wi.us
(608) 267-9323

*Counsel for Plaintiff State of Wisconsin*
(admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2018, I served this Notice by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

                                          /s/ *Andrew A. Pinson*
                                          Andrew A. Pinson