UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF GEORGIA, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>ANDREW R. WHEELER, in his official capacity as Acting Administrator, U.S. Environmental Protection Agency, et al.,<br><br>        Defendants. | No. 2:15-cv-00079 LGW-BWC |

**AGENCIES' STATUS REPORT OF RELATED RULEMAKING AND LITIGATION**

Defendants the United States Environmental Protection Agency and Department of the Army ("the Agencies") provide the following status report to the Court regarding rulemaking and litigation related to the 2015 Rule at issue in this case.

1. <u>Rulemaking to Rescind the 2015 Rule.</u>  As the Court is aware, on February 28, 2017, the President issued an Executive Order directing the Agencies to review the 2015 "waters of the United States" ("WOTUS") Rule at issue in this litigation and to publish for notice and comment a proposed rule rescinding or revising the rule, as appropriate and consistent with law. 82 Fed. Reg. 12,497 (Mar. 3, 2017).  Consistent with the President's directive, in July 2017 the Agencies proposed to rescind the 2015 Rule.  If finalized, this proposal would recodify the prior regulatory definition of "waters of the United States," promulgated by the Agencies in the late 1980s.  "Definition of 'Waters of the United States'−Recodification of Pre-Existing Rules." 82 Fed. Reg. 34,899 (July 27, 2017).  The Agencies issued a supplemental notice of proposed

rulemaking to clarify, supplement and give interested parties an opportunity to comment on certain important considerations and reasons for the agencies' proposed rescission of the 2015 Rule.  83 Fed. Reg. 32,227 (July 12, 2018).  The public comment period closed on August 13, 2018, and the proposal remains under consideration.

       2.      <u>The Applicability Rule.</u>  In November 2017, the Agencies proposed and solicited public comment on a rule that would postpone the application of the 2015 WOTUS Rule for two years to "ensure that there is sufficient time for the regulatory process for reconsidering the definition of 'waters of the United States' to be fully completed."  *Id.*   82 Fed. Reg. 55,542, 55,542-44 (Nov. 22, 2017).  The Agencies took final action on the Applicability Rule on February 6, 2018.  83 Fed. Reg. 5200 (Feb. 6, 2018).  In that final rule, the Agencies found that an applicability date of February 6, 2020, would serve the public interest by maintaining the pre-2015 regulatory framework for a time so that only one regulatory definition of "waters of the United States" will be applicable throughout the entire United States.  *See* 83 Fed. Reg. at 5202.  The Applicability Rule has been challenged in five separate actions filed in four district courts.  Two district courts have granted summary judgment in favor of the plaintiffs in those cases and have vacated or enjoined the Applicability Rule nationwide.  *South Carolina Coastal Conservation League v. Pruitt*, Case No. 2:18-cv-330 (D.S.C.), ECF No. 66 (Aug. 16, 2018) and ECF No. 89 (Dec. 4, 2018);[1] *Puget Soundkeeper Alliance v. Wheeler*, Case No. 2:15-cv-1342 (W.D. Wash.), ECF No. 61 (Nov. 26, 2018).  Litigation in the remaining challenges to the Applicability Rule is ongoing.  *New York v. Wheeler*, Case No. 18-cv-1030 (S.D.N.Y.)

---

[1] The Agencies filed a notice of appeal on August 23, 2018.  *South Carolina Coastal Conservation League v. Pruitt*, Case No. 2:18-cv-330 (D.S.C.), ECF No. 73 (Aug. 23, 2018).  The Agencies also sought a stay of the South Carolina court's judgment pending appeal, which the court denied.  *Id*. at ECF Nos. 70 (motion), 89 (order).

(summary judgment motions pending); *Natural Res. Def. Council v. EPA*, Case No. 18-cv-1048 (S.D.N.Y.) (same); *Waterkeeper Alliance, Inc. v. Wheeler*, Case No. 18-cv-3521 (N.D. Cal.) (case management conference scheduled for January 24, 2019).  As a result of the Applicability Rule litigation, the 2015 Rule is currently applicable in 22 states, the District of Columbia, and territories of the United States (i.e., those states and territories in which there is no order preliminarily enjoining the 2015 Rule).

      3.      Proposal for New Definition of "waters of the United States."

On December 11, 2018, agency officials signed for publication a proposal to revise the definition of "waters of the United States" under the Clean Water Act.  *See* Attachment 1 (pre-publication version of proposed rule).  The proposed definition would replace the approach in the 2015 Rule and the pre-2015 regulations.  Under the Agencies' proposal, traditional navigable waters, tributaries to those waters, certain ditches, certain lakes and ponds, impoundments of jurisdictional waters, and wetlands adjacent to jurisdictional waters would be federally regulated.  The proposal also details what are not "waters of the United States," such as features that only contain water during or in response to rainfall (e.g., ephemeral features); groundwater; many ditches, including most roadside or farm ditches; prior converted cropland; stormwater control features; and waste treatment systems.  *See* Attachment 2 (Fact Sheet).  The Agencies will take comment on the proposal for 60 days after publication of the proposal in the *Federal Register*.  The Agencies will also hold an informational webcast on January 10, 2019, and will host a listening session on the proposed rule in Kansas City, Kansas, on January 23, 2019.

      4.      Status of Other District Court Challenges to the 2015 Rule.

This matter is one of several cases challenging the 2015 Rule.  The chart below lists the status of each of the pending cases, including this case:

| Case Name | Status |
| --- | --- |
| *Georgia v. Wheeler* <br> Case No. 2:15-cv-79 (S.D. Ga.) | summary judgment motions fully briefed; oral argument scheduled for December 14, 2018 |
| *North Dakota v. EPA* <br> Case No. 3:15-cv-59 (D.N.D.) | summary judgment motions fully briefed; motion for oral argument pending |
| *Texas v. EPA* <br> Case No. 3:15-cv-162 (S.D. Tex.) | summary judgment motions fully briefed |
| *American Farm Bureau Fed'n v. EPA* <br> Case No. 3:15-cv-165 (S.D. Tex.) | summary judgment motions fully briefed |
| *Texas Alliance for Responsible Growth, Env't & Transp. v. EPA* <br> Case No. 3:18-cv-176 (S.D. Tex.) | stayed |
| *Ass'n of American Railroads v. EPA* <br> Case No. 3:15-cv-266 (S.D. Tex.) | answer filed |
| *Ohio v. U.S. Army Corps of Engineers* <br> Case No. 2:15-cv-2467 (S.D. Ohio) | motion for preliminary injunction pending |
| *Oklahoma v. EPA* <br> Case No. 4:15-cv-381 (N.D. Okla.) | motion for preliminary injunction pending; status conference scheduled for December 21, 2018 |
| *Chamber of Commerce v. EPA* <br> Case No. 4:15-cv-386 (N.D. Okla.) | motion for preliminary injunction pending; status conference scheduled for December 21, 2018 |
| *Southeastern Legal Foundation, Inc. v. EPA* <br> Case No. 1:15-cv-2488 (N.D. Ga.) | stayed |
| *Southeast Stormwater Ass'n v. EPA* <br> Case No. 4:14-cv-579 (N.D. Fla.) | stayed |
| *Puget Soundkeeper Alliance v. EPA* <br> Case No. 2:15-cv-1342 (W.D. Wash.) | stayed |
| *Am. Exploration & Mining Ass'n v. EPA* <br> Case No. 1:16-cv-1279 (D.D.C.) | case administratively closed; status report due May 7, 2019 |
| *Waterkeeper Alliance, Inc. v. Wheeler* <br> Case No. 18-cv-3521 (N.D. Cal.) | case management conference scheduled for January 24, 2019 |

Dated: December 14, 2018

Respectfully submitted,

/s/ *Martha C. Mann*
DANIEL R. DERTKE
ANDREW J. DOYLE
MARTHA C. MANN
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

>P.O. Box 7611
>Washington, D.C. 20044
>Telephone: (202) 514-2664 (Mann)
>Fax: (202) 514-8865
>daniel.dertke@usdoj.gov
>andrew.doyle@usdoj.gov
>martha.mann@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be electronically filed on December 14, 2018. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

>       */s/ Martha C. Mann*
>MARTHA C. MANN
>United States Department of Justice
>Environment and Natural Resources Division

5