# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV215-79**          DATE **12/14/2018**
TITLE **State of Georgia et al v. Andrew Wheeler et al**
TIMES **2:06 - 3:42**          TOTAL **1 hour 36 minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**          Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**          Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Andrew Pinson | Jonathan Brightbill | |
| | Martha Mann | |
| For Intervenor Plaintiff - Michael Kimberly | Woelke Leithart | |
| | John Ballard | |
| | For Intervenor Defendant Blanding Holman | |

PROCEEDINGS: **Motion Hearing**          ☑ In Court          ☐ In Chambers

**Motions hearing as to pending motions**
**Argument:**
**Michael Kimberly 2:08 - 2:44**
**Andrew Pinson 2:44 - 2:54**
**Jonathan Brightbill 2:55 - 3:11**
**Martha Mann 3:11 - 3:29**
**Bland Holman 3:30 - 3:42**
**Any supplemental briefing to be filed within 10 days (12/24/18)**