UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF GEORGIA, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ANDREW R. WHEELER, in his official capacity as Acting Administrator, U.S. Environmental Protection Agency, et al.,<br><br>        Defendants. | No. 2:15-cv-00079 LGW-BWC |

**UNITED STATES' POST-HEARING BRIEF**

The United States Environmental Protection Agency ("EPA") and Department of the Army, United States Army Corps of Engineers ("Army" or "Corps") (together, "the Agencies") submit this brief to expand upon points not fully addressed in the December 14, 2018 oral argument.

    **1.**    *Chevron* **Deference**

In their reply brief (ECF No. 222 at 13) and at oral argument (Transcript at 29), the Plaintiff States cite a recent D.C. Circuit Court of Appeals decision for proposition that the Court should not apply *Chevron* deference to the Agencies' interpretation of the Clean Water Act. ECF No. 222 at 13, Transcript at 29, (citing *Global Tel\*Link v. FCC*, 866 F.3d 397, 407–08 (D.C. Cir. 2017)).

In *Global Tel\*Link*, several petitioners sought review of a 2015 order of the Federal Communications Commission. Following the presidential inauguration in January 2017, counsel for the Commission advised the court of a change in the composition of the Commission, and

1

that "a majority of the current Commission does not believe that the agency has the authority to cap intrastate rates under section 276 of the Act." *Id.* at 402.  Counsel thus informed the court that the agency was "abandoning [its] contention ... that the Commission has the authority to cap intrastate rates" for certain providers and "that the Commission lawfully considered industry-wide averages in setting the rate caps." *Id.*  The D.C. Circuit noted that it would typically apply *Chevron* deference to an agencies' interpretation of the relevant statute.  *Id.* at 407 (citing *Chevron, U.S.A., Inc. v. Nat. Res. Def. Council, Inc.*, 467 U.S. 837 (1984)).  However, the court found that under the circumstances, "it would make no sense for this court to determine whether the disputed agency positions advanced in the *Order* warrant *Chevron* deference when the agency has abandoned those positions." *Id.* at 408.

While in *Global Tel\*Link* the Commission specifically informed the court of a change of the Commission's position with respect to the agency action under review, here the Agencies have not reached a final decision as to the 2015 WOTUS Rule.  Nor have they otherwise disclaimed the prior interpretation up to this point, although the Agencies have proposed to repeal their prior interpretation and have also proposed a new definition of "waters of the United States."  *See* ECF No. 233 (Agencies' December 13, 2018 Status Report).

### 2. Updated Status of Pending Challenges to 2015 Rule

The Agencies provide the following updated status report for the pending district court challenges to the 2015 Rule.  New information is in bold.

| Case | Status |
|---|---|
| *Georgia v. Wheeler*<br>Case No. 2:15-cv-79 (S.D. Ga.) | summary judgment motions fully briefed; **oral argument held December 14, 2018** |
| *North Dakota v. EPA*<br>Case No. 3:15-cv-59 (D.N.D.) | summary judgment motions fully briefed; motion for oral argument pending |
| *Texas v. EPA*<br>Case No. 3:15-cv-162 (S.D. Tex.) | summary judgment motions fully briefed |

| | |
|---|---|
| *American Farm Bureau Fed'n v. EPA* <br> Case No. 3:15-cv-165 (S.D. Tex.) | summary judgment motions fully briefed |
| *Texas Alliance for Responsible Growth, Env't & Transp. v. EPA* <br> Case No. 3:18-cv-176 (S.D. Tex.) | stayed |
| *Ass'n of American Railroads v. EPA* <br> Case No. 3:15-cv-266 (S.D. Tex.) | answer filed |
| *Ohio v. U.S. Army Corps of Engineers* <br> Case No. 2:15-cv-2467 (S.D. Ohio) | motion for preliminary injunction pending |
| *Oklahoma v. EPA* <br> Case No. 4:15-cv-381 (N.D. Okla.) | **status conference held December 21, 2018; updated preliminary injunction motions due January 16, 2019** |
| *Chamber of Commerce v. EPA* <br> Case No. 4:15-cv-386 (N.D. Okla.) | **status conference held December 21, 2018; updated preliminary injunction motions due January 16, 2019** |
| *Southeastern Legal Foundation, Inc. v. EPA* <br> Case No. 1:15-cv-2488 (N.D. Ga.) | stayed |
| *Southeast Stormwater Ass'n v. EPA* <br> Case No. 4:14-cv-579 (N.D. Fla.) | stayed |
| *Puget Soundkeeper Alliance v. EPA* <br> Case No. 2:15-cv-1342 (W.D. Wash.) | stayed |
| *Am. Exploration & Mining Ass'n v. EPA* <br> Case No. 1:16-cv-1279 (D.D.C.) | case administratively closed; status report due May 7, 2019 |
| *Waterkeeper Alliance, Inc. v. Wheeler* <br> Case No. 18-cv-3521 (N.D. Cal.) | case management conference scheduled for January 24, 2019 |

Date: December 24, 2018          Respectfully submitted,

                                     BOBBY L. CHRISTINE
                                     United States Attorney

                                     J. THOMAS CLARKSON
                                     Assistant United States Attorney
                                     JONATHAN A. PORTER
                                     Assistant United States Attorney
                                     Georgia Bar No. 656069
                                     Post Office Box 8970
                                     Savannah, Georgia  31412
                                     Telephone:  (912) 652-4422 (Clarkson)
                                     Facsimile:  (912) 652-4227
                                     thomas.clarkson@usdoj.gov
                                     jonathan.porter@usdoj.gov

                                     JONATHAN D. BRIGHTBILL
                                     Deputy Assistant Attorney General

U.S. Department of Justice
Environment and Natural Resources Division

  /s/  *Martha C. Mann*
DANIEL R. DERTKE
ANDREW J. DOYLE
MARTHA C. MANN
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-2664 (Mann)
Fax: (202) 514-8865
daniel.dertke@usdoj.gov
andrew.doyle@usdoj.gov
martha.mann@usdoj.gov

*Counsel for Defendants*