UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF GEORGIA, et al., | No. 2:15-cv-00079 LGW-BWC |
| Plaintiffs, | |
| v. | |
| ANDREW R. WHEELER, in his official capacity as Acting Administrator, U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR STATE OF WISCONSIN</u>

Plaintiff State of Wisconsin hereby notifies this Court that Misha Tseytlin will no longer be the Solicitor General of Wisconsin as of January 1, 2019.  For this reason, the State of Wisconsin respectfully moves for the withdrawal of Mr. Tseytlin as counsel for the State of Wisconsin.  The State of Wisconsin will continue to be represented by other counsel of record from the Office of the Georgia Attorney General.

Respectfully submitted,

s/ Misha Tseytlin
MISHA TSEYTLIN
Wisconsin Solicitor General
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

(608) 267-9323
Fax (608) 261-7206
*tseytlinm@doj.state.wi.us*
(admitted *pro hac vice*)

Dated: December 28, 2018

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 28, 2018, I filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: December 28, 2018

s/ Misha Tseytlin
MISHA TSEYTLIN