# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

|  |  |  |
|---|---|---|
| STATE OF GEORGIA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 2:15-cv-79 |
| ANDREW WHEELER, et al., | * | |
| Defendants. | * | |

**ORDER**

Before the Court is a motion to withdraw the appearance of attorney Jennifer A. Sorenson, filed by Intervenor-Defendants National Wildlife Federation and One Hundred Miles. Dkt. No. 245. Ms. Sorenson no longer works at the Natural Resources Defense Council, and Intervenor-Defendants will continue to be represented by Catherine M. Wannamaker, Christopher K. DeScherer, Megan Hinkle Huynh, and James Blanding Holman. After consideration, and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Ms. Sorenson as counsel of record for Intervenor-Defendants National Wildlife Federation and One Hundred Miles. The Clerk is further **DIRECTED** to terminate the Natural Resources Defense Council and South Carolina Coastal Conservation League. Those two groups are not parties to this matter. See Dkt. Nos. 36, 94 & 182.

AO 72A
(Rev. 8/82)

SO ORDERED, this ___ day of February, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA