# United States District Court

## Southern District of Georgia

State of Georgia, et al.

_____
Plaintiff

v. Andrew Wheeler, et al.

_____
Defendant

Case No. _____15-cv-79_____

Appearing on behalf of : _____
Plaintiff, State of Wisconsin
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Karla Z. Keckhaver_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Brunswick_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Western District of Wisconsin_____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Andrew Pinson_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __13th__ day of __March__, 2019.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Andrew Pinson_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __13th__ day of __March__, 2019.

__584719__
Georgia Bar Number

__404-651-9453__
Business Telephone

_____
Signature of Local Counsel

__Georgia Attorney General's Office__ (Law Firm)
__40 Capitol Square, SW__ (Business Address)
__Atlanta, GA 30334__ (City, State, Zip)
__N/A__ (Mailing Address)
__apinson@law.ga.gov__ (Email Address)

# *United States District Court*
# *Western District of Wisconsin*



# Certificate of Good Standing

I certify that Karla Z. Keckhaver was duly admitted to practice in the United States District Court for the Western District of Wisconsin on June 24, 1999 and is in good standing in this court.

Dated this 11th day of March, 2019.

Peter Oppeneer, Clerk of Court

By _____
Deputy Clerk

# United States District Court
## *Southern District of Georgia*

State of Georgia, et al.

_____   Case No. _____15-cv-79_____
Plaintiff

v.   Andrew Wheeler, et al.   Appearing on behalf of
_____   Plaintiff, State of Wisconsin
Defendant   _____
   (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

| | |
|---|---|
| NAME OF PETITIONER: | Karla Z. Keckhaver |
| Business Address: | Wisconsin Department of Justice |
| | Firm/Business Name |
| | 17 West Main Street |
| | Street Address |
| | Madison | WI | 53703 |
| | Street Address (con't) | City | State | Zip |
| | Post Office Box 7857 |
| | Mailing Address (if other than street address) |
| | Madison, WI 53707-7857 |
| | Address Line 2 | City | State | Zip |
| | 608-264-6365 | | |
| | Telephone Number (w/ area code) | Georgia Bar Number |
| Email Address: | keckhaverkz@doj.state.wi.us |

**List of All Cases in this Court which Applicant has Appeared as Counsel:**

State of Georgia, et al. v. Andrew Wheeler, et al., 15-cv-79

      On April 23, 2018, Counsel's Motion to Withdraw as Attorney was granted. (Dkt. 153.)