IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

STATE OF GEORGIA, et al.,

    Plaintiffs,

    v.

REGINA A. McCARTHY, in her official
capacity as Administrator of the United
States Environmental Protection Agency;
and the United States Environmental
Protection Agency, et al.,

    Defendants.

Case No. 2:15-CV-0079-LGW-BWC

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Fed. R. Civ. P. 7(b)(1) and 41(a)(2), Plaintiff State of Wisconsin, by Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Karla Z. Keckhaver, hereby moves to withdraw as a Plaintiff in this matter. This voluntary withdrawal is appropriate because there is no direct claim made against Wisconsin in this matter and Wisconsin's withdrawal will not materially prejudice the rights of the other parties.

Undersigned counsel has contacted all counsel via email, and no party has opposed this motion. Wisconsin requests that all parties bear their own costs.

Dated this 29th day of April, 2019.

                Respectfully submitted,

                JOSHUA L. KAUL
                Attorney General of Wisconsin

                Electronically signed by:

                <u>s/ Karla Z. Keckhaver</u>
                KARLA Z. KECKHAVER
                Assistant Attorney General
                State Bar #1028242
                (admitted *pro hac vice*)

                Attorneys for Plaintiff, State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365
(608) 267-2223 (Fax)
keckhaverkz@doj.state.wi.us

## CERTIFICATE OF SERVICE

    I certify that on April 29, 2019, I electronically filed the foregoing Motion to Withdraw with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

    Dated this 29th day of April, 2019.

                                     <u>s/ Karla Z. Keckhaver</u>
                                     KARLA Z. KECKHAVER