# In the United States District Court for the Southern District of Georgia Brunswick Division

STATE OF GEORGIA, et al.,　　　　*
　　　　　　　　　　　　　　　　*
　　Plaintiffs,　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　*　　No. 2:15-cv-79
　　　　　　　　　　　　　　　　*
ANDREW WHEELER, et al.,　　　　　*
　　　　　　　　　　　　　　　　*
　　Defendants.　　　　　　　　　*

## ORDER

Before the Court is a Motion to Withdraw as a party plaintiff filed by the State of Wisconsin. Dkt. No. 252. After consideration, and for good cause shown, and there being no objection thereto, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate the State of Wisconsin as a plaintiff in this matter.

**SO ORDERED**, this 2 day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)