IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF GEORGIA, *et al.*,<br><br>     *Plaintiffs*,<br><br>AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>     *Intervenor-Plaintiffs*,<br><br>     v.<br><br>ANDREW WHEELER, *et al.*,<br><br>     *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:15-cv-79 |

## ORDER

Having considered the Business Plaintiff-Intervenors' motion to withdraw the appearance of Michael B. Kimberly, the Court finds good cause exists for granting the motion. Therefore, the motion is GRANTED. Accordingly, it is ORDERED that Michael B. Kimberly is withdrawn as counsel from the above-captioned matter, and the Clerk of the Court shall remove Michael B. Kimberly from the active CM/ECF service list for this proceeding.

**SO ORDERED**, this 4th day of June, 2019

                _____

                HON. LISA GODBEY WOOD
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA