IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, *et al.* | ) | |
| | ) | |
| *Plaintiffs,* | ) | Case No. 2:15-cv-79 |
| | ) | |
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | ) | |
| | ) | |
| *Intervenor-Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WHEELER, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW COUNSEL

The State of West Virginia moves to withdraw the appearance of Zachary Aaron Viglianco as counsel in the above-captioned matter and requests that the Clerk of the Court remove his name from the active CM/ECF service list. Mr. Viglianco is no longer associated with the West Virginia Attorney General's Office and therefore no longer represents the State of West Virginia. Lindsay Sara See will continue to represent the State of West Virginia in this matter.

Dated June 17, 2019                              Respectfully submitted,

*/s/ Lindsay Sara See*
Lindsay Sara See
 *Solicitor General*
West Virginia Attorney General's Office
1900 Kanawha Blvd E Bldg 1 Rm26E
Charleston, WV 25305
(304) 558-2021
Lindsay.S.See@wvago.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2019, I filed and thereby caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of Georgia on all parties registered for CM/ECF in the above-captioned matter.

      */s/ Lindsay Sara See*
Lindsay Sara See
 *Solicitor General*
West Virginia Attorney General's Office