AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| State of Georgia, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:15-cv-0079 |
| Andrew Wheeler, EPA Administrator, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Andrew Wheeler, Administrator of the United States Environmental Protection Agency, et al.     .

Date:   08/19/2019

/s/ Erica Zilioli
*Attorney's signature*

Erica M. Zilioli, DC Bar No. 488073
*Printed name and bar number*

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
*Address*

erica.zilioli@usdoj.gov
*E-mail address*

(202) 514-6390
*Telephone number*

(202) 514-8865
*FAX number*