**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| STATE OF GEORGIA, *et. al.*, | |
| Plaintiffs, | |
| v. | Case No.: 2:15-cv-00079-LGW-BWC |
| ANDREW WHEELER, *et. al.* | |
| Defendants | |

**NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants National Wildlife Federation and One Hundred Miles appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on August 21, 2019, Dkt. No. 261, granting Plaintiffs and Intervenor-Plaintiffs' Motions for Summary Judgment, Dkt. Nos. 199 and 203.  The appealed summary judgment order found that a 2015 regulation defining "waters of the United States" subject to Clean Water Act protection was unlawful, and directed, as remedy, that the rule be remanded back to the promulgating agencies.  On September 12, 2019, the agencies finalized and signed a regulation repealing the rule that the district court had remanded to the agencies.  The repeal regulation should be published in the Federal Register imminently and will become effective 60-days after publication, rendering the underlying matter here moot.

Under Eleventh Circuit precedent, it is uncertain whether the Court's remand order is a final order subject to appeal by Intervenor-Defendants.  While remand orders from district courts to administrative agencies are typically not final or appealable, *MCI Telecomms. Corp. v. BellSouth Telecomms. Inc.*, 298 F.3d 1269, 1271 (11th Cir. 2002), where , as here, "a district

1

court simply orders the agency to proceed under a 'certain legal standard,' . . . [a] remand order generally is found appealable . . . because the agency, forced to conform its decision to the district court's mandate, cannot appeal its own subsequent order." *Id.* (quoting *Occidental Petroleum Corp. v. SEC*, 873 F.2d 325, 330 (D.C.Cir.1989)).

Because the district court has not entered a judgment under Fed. R. Civ. P. 58, it is also unclear whether Motions for Reconsideration filed by the Plaintiffs toll the time to file an appeal of the Order under Fed. R. App. P. 4(a)(4)(A)(iv) (tolling the time to file an appeal if party files a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e)). Given this uncertainty, Intervenor-Defendants file this notice to preserve their appeal rights in this matter.

Respectfully submitted this 21st day of October,

*s/ Catherine M. Wannamaker*
Georgia Bar No. 811077
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403-5270
(843) 720-5270
*cwannamaker@selcsc.org*

*s/ J. Blanding Holman IV*
*Admitted pro hac vice*
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403-5270
(843) 720-5270
*bholman@selcsc.org*

*s/ Megan Hinkle Huynh*
*Admitted pro hac vice*
Georgia Bar No. 877345
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
(404) 521-9900
*mhuynh@selcga.org*

Counsel for Intervenor Defendants National
Wildlife Federation and One Hundred Miles

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

*s/ J. Blanding Holman IV*

Counsel for Defendant-Intervenors National Wildlife Federation and One Hundred Miles