IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STATE OF GEORGIA, *et. al.,*<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, *et. al.*<br><br>Defendants | Case No.: 2:15-cv-00079-LGW-BWC |

## NOTICE OF INTENT TO FILE REPLY

Pursuant to Local Rule 7.6, Defendant-Intervenors National Wildlife Federation and One Hundred Miles hereby notify the Clerk they intend to file a reply to Federal Defendants' Response to Defendant-Intervenors' Motion to Hold Case in Abeyance.

Respectfully submitted this 21st day of October,

*s/ Catherine M. Wannamaker*
Georgia Bar No. 811077
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403-5270
(843) 720-5270
*cwannamaker@selcsc.org*

*s/ J. Blanding Holman IV*
*Admitted pro hac vice*
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403-5270
(843) 720-5270
*bholman@selcsc.org*

2

        *s/ Megan Hinkle Huynh*
        *Admitted pro hac vice*
        Georgia Bar No. 877345
        Ten 10th Street NW, Suite 1050
        Atlanta, GA 30309
        (404) 521-9900
        *mhuynh@selcga.org*

        Counsel for Intervenor Defendants National
        Wildlife Federation and One Hundred Miles

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing *Notice of Intent to File Reply* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

*s/ Megan Hinkle Huynh*
Counsel for Defendant-Intervenors National
Wildlife Federation and One Hundred Miles