IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 19-14237-CC

STATE OF GEORGIA,
Ex. Rel. Christopher M. Carr in his official capacity as
Attorney General of Georgia,
STATE OF WEST VIRGINIA,
Ex Rel. Patrick Morrisey in his official capacity as
Attorney General of West Virginia,
STATE OF ALABAMA,
Ex Rel. Steve Marshall in his official capacity as
Attorney General of Alabama,
STATE OF FLORIDA,
Ex Rel. Pamela Jo Bondi in her official capacity as
Attorney General of Florida,
STATE OF KANSAS,
Ex Rel. Derek Schmidt in his official capacity as
Attorney General of Kansas, et al.,

              Plaintiffs-Appellees,

AMERICAN FARM BUREAU FEDERATION,
AMERICAN FOREST & PAPER ASSOCIATION,
AMERICAN PETROLEUM INSTITUTE,
AMERICAN ROAD AND TRANSPORTATION BUILDERS
ASSOCIATION,
GEORGIA ASSOCIATION OF MANUFACTURERS, et al.,

              Intervenor Plaintiffs - Appellees,

versus

REGINA A. MCCARTHY,
in her official capacity as Acting Administrator of the
United States Environmental Protection Agency,
JO-ELLEN DARCY,
in her official capacity as Acting Administrator of the
United States Environmental Protection Agency,
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
UNITED STATES ARMY CORPS OF ENGINEERS,
ANDREW WHEELER,

in his official capacity as Acting Administrator of the
United States Environmental Protection Agency,

                                       Defendants-Appellees,

NATURAL RESOURCES DEFENSE COUNCIL,
SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE,

                                       Intervenor Defendants,

NATIONAL WILDLIFE FEDERATION,
ONE HUNDRED MILES,

                                       Intervenor Defendants - Appellants.

---

Appeal from the United States District Court
for the Southern District of Georgia

---

ENTRY OF DISMISSAL: Pursuant to Appellants National Wildlife Federation and One Hundred Miles's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective December 26, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Carol R. Lewis, CC, Deputy Clerk

FOR THE COURT - BY DIRECTION