IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

STATE OF GEORGIA, et al.,

v.   2:15-cv-79

ANDREW WHEELER, et al.,

ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U.S. Court of Appeals, is made the order of this Court.

SO ORDERED this 3 day of January, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA