AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 JAN -7 AM 8: 31

CLERK _____
SO. DIST. OF GA.

# United States District Court
## *Southern District of Georgia*

State Of Georgia et al

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:  2:15-cv-00079

Wheeler et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court, dated January 3, 2020, denying as moot Plaintiff States' and Business Plaintiffs-Intervenors' motions for reconsideration or to alter or amend the judgment; denying as moot Defendants-Intervenors' motion to hold the case in abeyance; and directing the Clerk to close this case; Judgment is hereby entered. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_____
Date    January 6, 2020

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03